ORIGINAL

| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | ANDREW G. SCHOPLER<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 236585<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5836 / (619) 235-2757 (Fax)<br>Email: Andrew.Schopler@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

FILED
08 JAN 16 AM 11:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDV   DEPUTY

UNSEALED AS OF 1/16/08

~~ORDERED SEALED BY COURT~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 0132

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) Magistrate No. _____ |
| 11 | Plaintiff, | ) |
| 12 | | ) |
| 13 | v. | ) **MOTION AND ORDER TO FILE**<br>) **COMPLAINT UNDER SEAL AND**<br>) **ORDER THEREON** |
| 14 | LEE VAUGHN WALKER (1),<br>     aka "Lee Dog", | ) |
| 15 | MELVIN ALEXANDER (2),<br>JOSE GALVAN RICO (3),<br>     aka "Mija", | ) |
| 16 | ELEODORO CASTILLO (4),<br>     aka "Onko", | ) |
| 17 | DAPHNE ROSALINDA JACKSON (5),<br>     aka Daphne R. Rae, | ) |
| 18 | BERNAL ANTHONY MITCHELL (6),<br>     aka "Tony", | ) |
| 19 | ALLEN MATTHEW BAKER Jr. (7),<br>     aka "J.R.", aka Tracy Reyard Diggs,<br>     aka Marcus Johnson, | ) |
| 20 | MICHAEL DWAYNE TRYALS (8),<br>     aka "Texas Mike", aka Michael Tryls,<br>     aka Dave Brooks, aka Leon Howard<br>     Blair, aka Earl David Hollis, | ) |
| 21-22 | | |
| 23 | BOBBY SHAWN LOCKHART (9),<br>     aka "Blue", | ) |
| 24 | ALEXANDER WEIR IV (10),<br>     aka "Brick", | ) |
| 25 | ALEXANDER WEIR V (11),<br>     aka "Lil' Brick", | ) |
| 26 | FELIPE MEDINA (12),<br>MELVIN ANDRE BIBBS (13), | ) |
| 27 | MARK EDWARD RUNNELS (14),<br>     aka "Marky Mark", | ) |
| 28 | Defendants. | ) |

1. The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and
2. ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for
3. an Order sealing the complaint in the above-captioned matter until further notice.
4. DATED: January 15, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney