```
 1  KAREN P. HEWITT
    United States Attorney
 2  ANDREW G. SCHOPLER
    Assistant U.S. Attorney
 3  California State Bar No. 236585
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone No.: (619) 557-5836
    Facsimile No.:  (619) 235-2757
 6
    Attorneys for Plaintiff
 7  United States of America
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08mj0132 |
| ) | |
| Plaintiff, ) | **JOINT MOTION TO CONTINUE** |
| ) | **DETENTION HEARING DATE** |
| v. ) | |
| ) | |
| JOSE GALVAN RICO (3), ) | |
|     aka "Mija", ) | |
| ELEODORO CASTILLO (4), ) | |
|     aka "Onko", ) | |
| BERNAL ANTHONY MITCHELL (6), ) | |
|     aka "Tony", ) | |
| MELVIN ANDRE BIBBS (13), ) | |
| ) | |
| Defendants. ) | |

The plaintiff, UNITED STATES OF AMERICA, by its counsel, Karen P. Hewitt, United States Attorney, and ANDREW G. SCHOPLER, Assistant United States Attorney, and defendants, JOSE GALVAN RICO, through his counsel, William Brown , ELEODORO CASTILLO, through his counsel, Antonio Yoon, BERNAL ANTHONY MITCHELL, through his counsel, Mahir Sherif, and MELVIN ANDRE BIBBS through his counsel Mary Franklin, hereby jointly move this court to continue the detention hearing scheduled for Tuesday, January 22, 2008, at 10:00 a.m., to Thursday, January 31, 2008, at 9:30 a.m.

DATED:   January 24, 2008        *s/Andrew G. Schopler*
                                 ANDREW G. SCHOPLER
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff
                                 United States of America
                                 Email: Andrew.Schopler@usdoj.gov

| | | |
|---|---|---|
| DATED: | January 24, 2008 | *s/William Brown*<br>WILLIAM BROWN<br>Attorney for Defendant<br>JOSE GALVAN RICO |
| DATED: | January 24, 2008 | *s/Antonio Yoon*<br>ANTONIO YOON<br>Attorney for Defendant<br>ELEODORO CASTILLO |
| DATED: | January 24, 2008 | *s/Mahir Sherif*<br>MAHIR SHERIF<br>Attorney for Defendant<br>BERNAL ANTHONY MITCHELL |
| DATED: | January 24, 2008 | *s/Mary Franklin*<br>MARY FRANKLIN<br>Attorney for Defendant<br>MELVIN ANDRE BIBBS |

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSE GALVAN RICO (3),<br>    aka "Mija",<br>ELEODORO CASTILLO (4),<br>    aka "Onko",<br>BERNAL ANTHONY MITCHELL (6),<br>    aka "Tony",<br>MELVIN ANDRE BIBBS (13),<br><br>        Defendants. | Magistrate Case No. 08mj0132<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Andrew G. Schopler, am a Citizen of the United States over the age of eighteen years and a resident of San Diego county, California. My business address is 880 Front Street, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the *JOINT MOTION TO CONTINUE DETENTION HEARING DATE* on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

1. William W. Brown; baecf@brownassociateslat.com
2. Antonio F. Yoon; antonioyoon@cox.net
3. Mahir T. Sherif; mahirsherif@sbcglobal.net
4. Mary A. Franklin; gr8lawr21@netzero.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-EFC participants on this case n/a the last known address, at which place there is delivery service of mail from the United States Postal Service.

None.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2008.

                                                     s/*Andrew G. Schopler*
                                                   ANDREW G. SCHOPLER